```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

BERTIE R. HANCE                                              PLAINTIFF

      v.                   Civil No. 06-5129

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                               DEFENDANT

## O R D E R

Now on this 10th day of July 2007, comes on for consideration the **Report and Recommendation of the United States Magistrate Judge** (document #6, filed June 14, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the United States Magistrate Judge** is **adopted *in toto*.** Accordingly, this matter is hereby reversed and remanded to the Commissioner of the Social Security Administration for further consideration and findings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**